TWENTY–FIRST CENTURY
AMUSEMENTS, INC.,
Plaintiff/Respondent,

v.

JOINT VENTURES, INC., d/b/a Allsport Amusement Co. and Robert Wilhelm, Defendants,

and

John P. Foley, Defendant/Appellant.

No. 74003.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 27, 1998.

Frank W. Kriegel, Jr., St. Louis, for appellant.

Blumenfeld, Kaplan & Sandweiss, P.C., Evan D. Buxner, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the grant of plaintiff's motion for summary judgment in an action to enforce a written guaranty. The uncontroverted facts set forth in plaintiffs motion

support summary judgment. Defendant's response to summary judgment did not comply with the requirements set forth in Rule 74.04(c)(1) and therefore failed to preserve any dispute of material fact. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).